Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA  95402-3729
Telephone:     707-526-4250
Facsimile:      707-526-0347
Email: bfreeman@sennefflaw.com

Attorneys for Defendant County of Sonoma

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE GRAY,<br><br>              Plaintiff,<br><br>      v.<br><br>COUNTY OF SONOMA; DEPUTY J. ABRAO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; SHERIFF STEVE FREITAS; ASSISTANT SHERIFF RANDALL WALKER; DOES 1 THROUGH 20, INCLUSIVE,<br><br>              Defendants.<br>_____/ | Case No.  C 15-02176 WHA<br><br>**STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND ANSWER; [PROPOSED] ORDER THEREON** |

The parties, through their respective attorneys of record herein, hereby do stipulate as follows:

1.      Defendant County of Sonoma was served on April 17, 2015, and thereafter timely removed this action from Sonoma County Superior Court to this Court. None of the individually named defendants have yet appeared in this action.

2.      Plaintiff Charmaine Gray has effected substituted service of summons and complaint on all individually named defendants, to which response is due on or before June 5, 2015.

3.      Counsel have met and conferred about the sufficiency of the allegations in the complaint, and have agreed that if plaintiff voluntarily amends her complaint to address the deficiencies, defendants will not file a motion to dismiss pursuant to Fed. Rules Civ. Proc. Rule 12(b)(6) and will instead file an answer to the amended complaint, reserving all defenses otherwise.

Case No.  C 15-02176 WHA: Stipulation and [Proposed] Order re: Amendment to Complaint

4. Plaintiff has agreed to file an amended complaint on or before June 15, 2015.

5. Defendants have agreed to file an answer to the amended complaint on or before June 26, 2015.

6. It is jointly requested by the parties that the Court approve this stipulation through the attached order.

Dated:   May 27, 2015         Angelle K. Wertz, Attorney at Law

By _____
Attorney for Plaintiff Charmaine Gray

DATED:   May 27, 2015         SENNEFF FREEMAN & BLUESTONE, LLP

By  _/s/ Bonnie A. Freeman_____
    Bonnie A. Freeman
    Attorneys for Defendant County of Sonoma

### ORDER

Pursuant to the stipulation of the parties, the plaintiff may have up to and including June 15, 2015, to file an Amended Complaint, and Defendants shall have up to and including June 26, 2015 to file an answer to the amended complaint. All other dates remain as scheduled.

IT IS SO ORDERED.

Date: __June 2, 2015._____           _____
                                         Hon. William H. Alsup