Bonnie A. Freeman, Esq. (SB 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA  95402-3729
Telephone:     707-526-4250
Facsimile:      707-526-0347
Email: bfreeman@sennefflaw.com

Attorneys for Defendants County of Sonoma, Deputy J. Abrao,
Sheriff Steve Freitas and Assistant Sheriff Randall Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE GRAY,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA; DEPUTY J. ABRAO, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; SHERIFF STEVE FREITAS; ASSISTANT SHERIFF RANDALL WALKER; DOES 1 THROUGH 20, INCLUSIVE,<br><br>           Defendants.<br>_____/ | Case No.  C 15-02176 WHA<br><br>STIPULATION REGARDING FILING OF ANSWER TO AMENDED COMPLAINT; [PROPOSED] ORDER THEREON |

The parties, through their respective attorneys of record herein, hereby do stipulate as follows:

1.     Defendant County of Sonoma was served with the complaint on April 17, 2015, and thereafter timely removed this action from Sonoma County Superior Court to this Court.  None of the individually named defendants have yet appeared in this action.

2.     Plaintiff Charmaine Gray has effected substituted service of summons and complaint on all individually named defendants, to which responses were due on or before June 5, 2015.

3.     Counsel met and conferred about the sufficiency of the allegations in the complaint, and agreed that if plaintiff voluntarily amended her complaint to address the deficiencies, defendants would not file a motion to dismiss pursuant to Fed. Rules Civ. Proc. Rule 12(b)(6) and will instead file an answer to the amended complaint, reserving all defenses otherwise.  Counsel

agreed that an answer to the amended complaint would be filed on or before June 26, 2015.

5. Counsel for defendants, Bonnie Freeman, had a personal tragedy occur within her family during the week of June 15th and has not yet returned to the office. Counsel have met and conferred and, under these circumstances, agreed that all defendants shall have until July 17, 2015 to file an answer to the amended complaint.

6. It is jointly requested by the parties that the Court approve this stipulation through the attached order.

Dated:    June 24, 2015         Angelle K. Wertz, Attorney at Law

By _____
Attorney for Plaintiff Charmaine Gray

DATED:    June 24, 2015

SENNEFF FREEMAN & BLUESTONE, LLP

By _____
Michael D. Senneff
Attorneys for Defendants County of Sonoma, Deputy J. Abrao, Sheriff Steve Freitas and Assistant Sheriff Randall Walker

ORDER

Pursuant to the stipulation of the parties, Defendants shall have up to and including July 17, 2015 to file an answer to the amended complaint. All other dates remain as scheduled.

IT IS SO ORDERED.

Date: June 29, 2015.                _____
Hon. William H. Alsup

SENNEFF
FREEMAN
BLUESTONE

Case No. C 15-02176 WHA: Stipulation and [Proposed] Order re: Answer to Amended Complaint

2