1  ALISON BERRY WILKINSON (SBN 135890)
   Berry | Wilkinson | Law Group
2  4040 Civic Center Dr., Suite 200
   San Rafael, California
3  Telephone:    (415) 259.6638
   Facsimile:    (877) 259.3762
4  Email: alison@berrywilkinson.com

5  Attorneys for Defendant
   DEPUTY J. ABRAO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE GRAY,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF SONOMA; DEPUTY J. ABROA, individually and in his official capactiy; SHERIFF STEVE FREITAS; ASSISTANT SHERIFF RANDALL WALKER; DOES 1 through 20, incluisve,<br><br>            Defendants. | Case No. 3:15-cv-02176 WHA<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT DEPUTY J. ABRAO AND ~~(PROPOSED)~~ ORDER** |

Defendant J. ABRAO hereby respectfully applies to substitute attorneys in this action. Attached hereto please find United States District Court Form AO 154 (Substitution of Attorneys) executed in counterparts by Defendant J. Abrao, former counsel Bonnie A. Freeman, and substituting counsel, Alison Berry Wilkinson.

Dated: July 20, 2015                    Respectfully submitted,

                                         Berry | Wilkinson | Law Group


                                         By    /s/ *Alison Berry Wilkinson*
                                            ALISON BERRY WILKINSON
                                            Attorneys for Defendant
                                            DEPUTY J. ABRAO

**ORDER**

The substitution of attorneys for Defendant DEPUTY J. ABRAO is hereby approved, and is hereby so ORDERED.

Dated:  July 21, 2015.

_____
Honorable Judge William Alsup
United States District Court