1  ALISON BERRY WILKINSON (SBN 135890)
   Berry | Wilkinson | Law Group
2  4040 Civic Center Dr., Suite 200
   San Rafael, California
3  Telephone:    (415) 259.6638
   Facsimile:    (877) 259.3762
4  Email: alison@berrywilkinson.com

5  Attorneys for Defendant
   DEPUTY J. ABRAO

6

7

8                    UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 CHARMAINE GRAY,                          Case No. 3:15-cv-02176 WHA

                 Plaintiff,                 **MOTION PURSUANT TO LOCAL RULE**
12                                          **6.1 REQUESTING A FURTHER**
                                            **EXTENSION OF TIME FOR**
13     vs.                                  **DEFENDANT J. ABRAO TO FILE AN**
                                            **ANSWER; DECLARATION OF ALISON**
14 COUNTY OF SONOMA; DEPUTY J.              **BERRY WILKINSON IN SUPPORT; and**
   ABROA, individually and in his official  **(PROPOSED) ORDER**
15 capacity; SHERIFF STEVE FREITAS;
   ASSISTANT SHERIFF RANDALL
16 WALKER; DOES 1 through 20, inclusive,

                 Defendants.
17

18

19     Pursuant to Local Rule 6.1(b), Defendant DEPUTY J. ABRAO hereby submits this application

20 to extend time for him to answer or otherwise respond to the Amended Complaint.  This application is

21 necessary in order to provide sufficient time for his newly substituted attorney to evaluate the action

22 before submitting any responsive pleading.

23     On June 24, 2015, counsel for Defendant COUNTY OF SONOMA and all individual

24 defendants requested jointly that this Court approve an order extending time for all Defendants to

25 answer the Amended Complaint (ECF Docket No. 12).  On June 29, 2015 this Court granted all

26 defendants up to and including July 17, 2015 to file an answer to the amended complaint (ECF Docket

27 No. 13).  Subsequent to the issuance of the the order extending time (ECF Docket No. 13) Defendant

28 COUNTY OF SOMONA determined that Defendant DEPUTY J. ABRAO should be represented by

independent counsel, necessitating this motion to extend time in order to ensure that newly substituted

counsel has an adequate opportunity to fully evaluate the case prior to filing a responsive pleading on

behalf of Defendant J. ABRAO.

Dated: July 20, 2015                    Respectfully submitted,

                                        Berry | Wilkinson | Law Group

                                        By    /s/ *Alison Berry Wilkinson*
                                        ALISON BERRY WILKINSON
                                        Attorneys for Defendant DEPUTY J. ABRAO

**DECLARATION OF ALISON BERRY WILKINSON IN SUPPORT OF MOTION**

I, Alison Berry Wilkinson, declare as follows:

1.      I am an attorney at law licensed to practice before all courts in the State of California.  I

make this declaration based on my personal knowledge and, if called to testify, could and would testify

competently to the matters contained herein.

2.      It was determined by Defendant COUNTY OF SONOMA that Defendant DEPUTY J.

ABRAO should have separate independent counsel in this matter.  Steps were thereafter taken to obtain

approval of my appointment as independent counsel.

3.      Last week, I contacted counsel for Plaintiff CHARMAINE GRAY and advised her that

this office would be filing a substitution of attorneys on behalf of Defendant DEPUTY J. ABRAO.  I

further sought her agreement to extend time for the filing of a responsive pleading from the scheduled

date of July 17, 2015.

4.      Plaintiff's counsel was on vacation at the time of my inquiry, and indicated by email that

she was agreeable to a reasonable extension of time given the substitution of attorneys.  Unfortunately,

due to her being on vacation, a stipulation and proposed order was attempted, but not completed.

Rather than wait for her return, which would only further delay the filing of a responsive pleading, I

make this Motion.

5.      In order to fully and adequately represent the interests of my new client, due diligence

requires that I investigate and evaluate the underlying facts and pleadings developed to date before

filing a responsive pleadings.  I believe that I can accomplish those necessary tasks efficiently and expeditiously, and so therefore only seek an additional two week extension of time, up to and including August 7, 2015 for the filing of an Answer or other responsive pleading.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 20th day of July 2015, in San Rafael, California.

/s/ *Alison Berry Wilkinson*
ALISON BERRY WILKINSON
Attorneys for Defendant DEPUTY J. ABRAO

**ORDER**

Good cause having been shown, Defendant DEPUTY J. ABRAO shall have up to and including August 7, 2015 to file an answer to the amended complaint.  All other dates remain as scheduled.

**IT IS SO ORDERED.**

Dated:  July 21, 2015.

Honorable Judge William Alsup
United States District Court