ANGELLE K. WERTZ (SBN: 295117)
Law Offices of Angelle K. Wertz
801 – 7th Street
Santa Rosa, CA 95404
(707) 546-3737
Fax (707) 545-6763

Attorneys for Plaintiff
CHARMAINE GRAY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE GRAY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA; DEPUTY J. ABRAO, INDIVIDUALLY AND IN HIS OFFICAL CAPACITY; SHERIFF STEVE FREITAS;  ASSISTANT SHERIFF RANDALL WALKER; DOES 1 THROUGH 20, INCLUSIVE,<br><br>　　　　Defendants. | Case No.:  3:15-cv-02176-WHA<br><br>**STIPULATION AND ORDER CONTINUING COMPLETION DATE FOR EARLY NEUTRAL EVALUATION** |

　　The parties, by and through their respective counsel of record, hereby stipulate as follows:

　　1.　At the Case Management Conference on September 17, 2015, the Court ordered that the parties complete Early Neutral Evaluation (ENE) no later than December 15, 2015.

　　2.　On October 5, 2015, Patrick Robbins was appointed to act as the Early Neutral Evaluator.

　　3.　All parties participated in a pre-ENE conference call with Mr. Robbins on October 19, 2015, and agreed to schedule ENE to commence on December 7, 2015.

　　4.　As of this date, plaintiff is currently incarcerated at the Napa County Jail and is unable to personally attend the ENE.

STIPULATION AND ORDER TO CONTINUE ENE COMPLETION DATE

1

5.  All parties have agreed to continue the ENE to allow plaintiff to be released from custody so that she may personally participate in the ENE process.

6.  The new proposed date for the ENE is March 7, 2016, which is acceptable to plaintiff and defendant Abrao.  The parties are awaiting the confirmation from the remaining defendants if March 7, 2016, will be acceptable.

7.  The parties jointly request that the ENE completion date be continued to allow the parties time to participate in the ENE process.

8.  It is jointly requested by the parties that the Court approve this stipulation through the attached order.

Dated:  December 4, 2015         LAW OFFICES OF ANGELLE K. WERTZ

                                 By: /s/ Angelle K. Wertz
                                     ANGELLE K. WERTZ
                                     Attorney for Plaintiff

Dated:  December 4, 2015         SENNEFF, FREEMAN & BLUESTONE, LLP

                                 By: /s/ Bonnie A. Freeman
                                     BONNIE A. FREEMAN
                                     Attorneys for Defendant County of Sonoma

Dated:  December 4, 2015         BERRY WILKINSON LAW GROUP

                                 By: /s/ Alison Berry Wilkinson
                                     ALISON BERRY WILKINSON
                                     Attorney for Defendant Abrao

## ORDER

Pursuant to the stipulation of the parties, the parties shall have up to and including March 15, 2016, to complete Early Neutral Evaluation.

Dated: December 7, 2015.          _____
                                  Honorable William H. Alsup

STIPULATION AND ORDER TO CONTINUE ENE COMPLETION DATE

2