| | |
|---|---|
| Angelle K. Wertz, Esq. (SBN: 295117)<br>Law Offices of Angelle K. Wertz<br>801 7th Street<br>Santa Rosa, CA 95404<br>(707) 546-3737<br>(707) 545-6763 Fax<br>lawangelle@gmail.com<br><br>Attorney for Plaintiff<br><br>Alison Berry Wilkinson, Esq.<br>Berry Wilkinson Law Group<br>4040 Civic Center Dr., Suite 200<br>San Rafael, CA 94903<br><br>Attorney for Defendant Abrao | Bonnie A. Freeman, Esq. (SBN 180502)<br>SENNEFF FREEMAN & BLUESTONE, LLP<br>50 Old Courthouse Square, Suite 401<br>P.O. Box 3749<br>Santa Rosa, CA 95402<br>Phone: (707) 526-4250<br>Fax: (707) 526-0347<br>bfreeman@sennefflaw.com<br><br>Attorney for Defendants County of Sonoma,<br>Sheriff Steve Freitas, Assistant Sheriff<br>Randall Walker |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAINE GRAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA; DEPUTY J. ABRAO, INDIVIDUALLY AND IN HIS OFFICAL CAPACITY; SHERIFF STEVE FREITAS; ASSISTANT SHERIFF RANDALL WALKER; DOES 1 THROUGH 20, INCLUSIVE,<br><br>　　　　　Defendants. | Case Number: 3:15-cv-02176-WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

　　　　Plaintiff CHARMAINE GRAY, with stipulation of defendants COUNTY OF SONOMA, DEPUTY J. ABRAO, SHERIFF STEVE FREITAS, ASSISTANT SHERIFF RANDALL WALKER, hereby dismisses the above-entitled action pursuant to F.R.C.P. Rule 41 with prejudice.

　　　　Each party shall bear its own fees and costs.

Dated: June 10, 2016

_____
Angelle K. Wertz, Attorney for Plaintiff

Dated: 6/10/16

_____
Bonnie A. Freeman, Esq., Attorney for Defendants County of Sonoma; Sheriff Steve Freitas, Assistant Sheriff Randall Walker

Dated: 12 Jun 2016

_____
Alison Berry Wilkinson, Attorney for Defendant J. Abrao

## ORDER

Pursuant to the parties' stipulation, the action is dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: June 24, 2016.

_____
Hon. William H. Alsup
United States District Court Judge